IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Nancy Torres Diaz
aka Nancy Torres

Debtor 1

Chapter: 7
Case No.: 5:25-bk-03706-MJC

## ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby **DISMISSED**. The Trustee is hereby discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 25, 2026