## Company Information

| Name | Address | Phone |
|---|---|---|
| Ensemble RCM LLC | 11511 Reed Hartman Highway<br>Cincinnati, OH 45241<br>United States of America | +1 (704) 7653715 |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| NANCY TORRES | 777 Clubhouse dr east Stroudsburg, PA 18302 | | 12/14/2025 | 12/27/2025 | 01/02/2026 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 62.25 | 1,306.81 | 0.00 | 209.81 | 0.00 | 1,097.00 |
| YTD | 62.25 | 1,306.81 | 0.00 | 209.81 | 0.00 | 1,097.00 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | 12/15/2025 - 12/27/2025 | 8.00 | 18.15 | 145.20 | 8.00 | 145.20 |
| PTO | 12/15/2025 - 12/27/2025 | 1.75 | 18.15 | 31.77 | 1.75 | 31.77 |
| Regular | 12/15/2025 - 12/20/2025 | 32.00 | 18.15 | 580.80 | | |
| Regular | 12/21/2025 - 12/27/2025 | 30.25 | 18.15 | 549.04 | 62.25 | 1,129.84 |
| | | | Total: | 1,306.81 | | 1,306.81 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 81.02 | 81.02 |
| Medicare | 18.95 | 18.95 |
| Federal Withholding | 53.74 | 53.74 |
| State Tax - PA | 40.12 | 40.12 |
| SUI-Employee Paid - PA | 0.91 | 0.91 |
| City Tax - MDLSM | 13.07 | 13.07 |
| PA LST - MDLSM | 2.00 | 2.00 |
| Total: | 209.81 | 209.81 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Life | 1.41 | 1.41 |
| Total: | 1.41 | 1.41 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,306.81 | 1,306.81 |
| Medicare - Taxable Wages | 1,306.81 | 1,306.81 |

| Description | Amount | YTD |
|---|---:|---:|
| Federal Withholding - Taxable Wages | 1,306.81 | 1,306.81 |
| State Tax Taxable Wages - PA | 1,306.81 | 1,306.81 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 500 | |
| Additional Withholding | 0 | |

## PTO

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| Floating Holiday Time Off Plan | 0.00 | 0.00 | 0.00 |
| PTO Accrued Per Period (Non-Exempt) Time Off Plan | 0.00 | 1.75 | 4.096 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| Capital One | Capital One ******9615 | ******9615 | 1,097.00 | USD |
| | | Total: | 1,097.00 | |