UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

In re:

Nancy Torres Diaz,

    Debtor.

Case No. 5:25-bk-03706-MJC

Chapter 7

**Debtor's Motion to Reinstate Case**

**AND NOW**, Debtor Nancy Torres Diaz, by and through her attorney, moves this Court to reinstate this case. In support of this motion, the Debtor states as follows:

1. This case was dismissed on February 25, 2026, after the Debtor failed to file the Employee Income Records by January 14, 2026.
2. The Debtor has now filed the Employee Income Records.
3. The Debtor requests that this case be reinstated.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in his favor as may be necessary and proper under the law.

Date: February 25, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com