**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**Wilkes-Barre Division**

| | |
|---|---|
| In re: | Case No. 5:25-bk-03706-MJC |
| Nancy Torres Diaz, | Chapter 7 |
| Debtor. | |

**Order Granting Debtor's Motion to Reinstate Case**

**AND NOW**, upon consideration of the Debtor's Motion to Reinstate Case, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. This case is **REINSTATED**.