UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Nancy Torres Diaz, | : | Case No. 5:25-bk-03706-MJC |
| | : | |
| Debtor. | : | |

## ORDER GRANTING MOTION TO REINSTATE CASE

Upon consideration of Debtor's Motion to Reinstate Case, Doc. 21 ("Motion"), and as the Employee Income Records have been filed on behalf of Debtor, Doc. 20, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is hereby **REINSTATED.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 26, 2026