United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 25-03706-MJC
Nancy Torres Diaz     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 26, 2026     Form ID: pdf010     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Nancy Torres Diaz, 777 Clubhouse Dr, E Stroudsburg, PA 18302-9274 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 18:43:05 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 18:43:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5770368 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 18:43:05 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5770085 | + Email/PDF: bncnotices@becket-lee.com | Feb 26 2026 18:43:06 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5770086 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 26 2026 18:44:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5770087 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 18:42:46 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5770088 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 18:42:47 | Capital One Auto Finance, c/o AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5770543 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 18:43:05 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5770089 | + Email/Text: bdsupport@creditmanagementcompany.com | Feb 26 2026 18:45:00 | Collection Management Company, Attn: Bankruptcy, 661 Andersen Drive Suite 110, Pittsburgh, PA 15220-2700 |
| 5770090 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2026 18:45:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5770091 | ^ MEBN | Feb 26 2026 18:41:02 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 5770092 | Email/Text: mrdiscen@discover.com | Feb 26 2026 18:44:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5770094 | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 26 2026 18:45:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 5770095 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2026 18:44:00 | PNC Financial Services, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |

| 5770096 | + Email/Text: bankruptcy@bbandt.com | Feb 26 2026 18:45:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St Ste 3, Charlotte, NC 28202-1023 |
| --- | --- | --- | --- |
| 5770093 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Feb 26 2026 18:45:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 5770097 | + Email/Text: UpStart@ebn.phinsolutions.com | Feb 26 2026 18:45:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| Michael A. Cibik | on behalf of Debtor 1 Nancy Torres Diaz help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Nancy Torres Diaz, | : | Case No. 5:25-bk-03706-MJC |
| | : | |
| Debtor. | : | |

## ORDER GRANTING MOTION TO REINSTATE CASE

Upon consideration of Debtor's Motion to Reinstate Case, Doc. 21 ("Motion"), and as the Employee Income Records have been filed on behalf of Debtor, Doc. 20, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is hereby **REINSTATED.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 26, 2026