Certificate Number: 16339-PAM-DE-040727465

Bankruptcy Case Number: 25-03706


16339-PAM-DE-040727465

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 12, 2026, at 9:54 o'clock PM EDT, Nancy Torres diaz completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 12, 2026         By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor